IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MQ GAMING, LLC, and CREATIVE KINGDOMS TECHNOLOGIES LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LEGO SYSTEMS, INC., LEGO BRAND RETAIL, INC., WARNER BROS. HOME ENTERTAINMENT INC., WARNER BROS. INTERACTIVE ENTERTAINMENT INC., and WB GAMES INC.,<br><br>Defendants. | ) | C.A. No. 19-905-MN<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' ANSWER TO COUNTERCLAIMS**

In response to the Counterclaims asserted by Defendants Lego Systems, Inc., Lego Brand Retail Inc., and Warner Bros. Home Entertainment Inc. (together, "LEGO"), Plaintiffs MQ Gaming LLC, and Creative Kingdoms Technologies LLC (together, "MQ Gaming"), answer as follows:

**GENERAL DENIAL**

Pursuant to Fed. R. Civ. P. 8(b)(3), MQ Gaming denies any allegation in LEGO's Counterclaims except those specifically admitted below.

**THE PARTIES**

1. Upon information and belief, MQ Gaming admits that Warner Bros. Home Entertainment is a corporation organized and existing under the laws of the State of Delaware, with a place of business at 4000 Warner Boulevard, Burbank, California 91522 and that LEGO Systems Inc. and LEGO Brand Retail, Inc. (a subsidiary of LEGO Systems, Inc.), are

corporations existing under the laws of the State of Delaware, with their principal place of business located at 100 Print Shop Road, Enfield, Connecticut 06083-1600.

2. MQ Gaming, LLC and Creative Kingdoms Technologies LLC admit each is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business at 1 Park, Plaza, Suite 900, Irvine, California 92614.

**JURISDICTION AND VENUE**

3. MQ Gaming admits that this Court has subject matter jurisdiction over LEGO's Counterclaims under 28 U.S.C. §§ 1331 and 1338. MQ Gaming admits that LEGO's Counterclaims purport to arise under the Patent Laws of the United States, 35 U.S.C. § 101 *et seq.*, and purport to arise under the Declaratory Judgment Act, 28 U.S.C. § 2201 *et seq*. MQ Gaming denies any remaining allegations of Paragraph 3.

4. For the purposes of this action, MQ Gaming admits the allegations of Paragraph 4.

5. For the purposes of this action, MQ Gaming admits the allegations of Paragraph 5.

**FIRST COUNT**

**(Declaration of Non-Infringement of the Asserted Patents)**

6. MQ Gaming incorporates by reference its answers to the allegations of Paragraphs 1-5 as if fully set forth herein.

7. MQ Gaming admits the statements of Paragraph 7.

8. MQ Gaming admits the statements of Paragraph 8.

9. MQ Gaming admits the statements of Paragraph 9.

10. MQ Gaming admits the statements of Paragraph 10.

11. MQ Gaming denies the allegations of Paragraph 11.

12. MQ Gaming denies the allegations of Paragraph 12.

13. MQ Gaming denies that LEGO is entitled to any determination requested in Paragraph 13.

14. MQ Gaming denies that LEGO is entitled to a judicial declaration as requested in Paragraph 14.

**SECOND COUNT**

**(Declaration of Invalidity of the Asserted Patents)**

15. MQ Gaming incorporates by reference its answers to the allegations of Paragraphs 1-14 as if fully set forth herein.

16. MQ Gaming admits the allegations of Paragraph 16.

17. MQ Gaming admits the statements of Paragraph 17.

18. MQ Gaming denies the statements in Paragraph 18.

19. MQ Gaming denies that LEGO is entitled to any determination requested in Paragraph 19.

20. MQ Gaming denies that LEGO is entitled to a judicial declaration as requested in Paragraph 20.

**PRAYER FOR RELIEF**

MQ Gaming denies that LEGO is entitled to any of the relief requested in its Prayer for Relief.

ASHBY & GEDDES

*/s/ Steven J. Balick*

Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

John M. Williamson
Elizabeth D. Ferrill
Marcus A.R. Childress
Ghani Hamadi
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000

Dated: October 18, 2019