IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MQ GAMING, LLC, and CREATIVE KINGDOMS TECHNOLOGIES LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>LEGO SYSTEMS, INC., LEGO BRAND RETAIL, INC., WARNER BROS. HOME ENTERTAINMENT INC., WARNER BROS. INTERACTIVE ENTERTAINMENT INC., and WB GAMES INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 19-905-MN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATED ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which the parties are to submit a proposed scheduling order in the above action is extended through and including November 25, 2019.

| ASHBY & GEDDES | DUANE MORRIS LLP |
|---|---|
| */s/ Andrew C. Mayo* | */s/ Richard L. Renck* |
| _____ | _____ |
| Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com<br><br>*Attorneys for Plaintiffs* | Richard L. Renck (#3893)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801<br>(302) 657-4900<br>rlrenck@duanemorris.com<br><br>*Counsel for Defendants* |

SO ORDERED, this _____ day of _____, 2019.

_____
United States District Court Judge

{01509074;v1 }